# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED
MAY 27 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___BC___ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br>Troy Evan Swinson<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No. 7:25-mj-1164-RJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 20, 2025** in the county of **Onslow** in the **Eastern** District of **North Carolina**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252 (a)(2) | Receipt of child pornography |
| 18 U.S.C. § 2252 (a)(4)(B) | Possession of child pornography |
| 18 U.S.C. § 2422 (b) | Online sexual enticement of a minor |

This criminal complaint is based on these facts:

See attached

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kelly Kucala, FBI Special Agent
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: **May 27 2025**

_____
*Judge's signature*

City and state: Wilmington, North Carolina

Robert B. Jones, Jr., United States Magistrate Judge
*Printed name and title*

CLW

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kelly Kucala, having been duly sworn, hereby depose and state:

## BACKGROUND

1. I, Kelly Kucala, have been employed as a special agent of the Federal Bureau of Investigation (FBI) since January 17, 2021, and am currently assigned to FBI's Charlotte Division, Wilmington Resident Agency. I have received training, and I have experience in federal law enforcement investigations, including investigations into suspected narcotics, human trafficking, and violent crimes against children. I have participated in the execution of search and arrest warrants. As a federal law enforcement officer, I am charged with the duty of investigating violations of United States Code and collecting evidence in matters in which the United States is or may be a party of interest. I am charged with investigating a range of crimes, including offenses related to sex trafficking, child sexual abuse, and narcotics. Specifically pertaining to child exploitation investigations and online enticement, I have gained expertise through training, discussions with other law enforcement officers, and everyday work conducting these types of investigations. I have viewed numerous images and videos depicting the sexual exploitation of children in a variety of media, both in my professional training and in the investigation of criminal offenses. I have also spent significant time interacting with and observing children as part of my professional duties and in my personal experience. I have investigated numerous cases involving child victims.

2. Thus, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). That is, I am an officer of the United

1

States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in chapters 77, 110, and 117 of Title 18, United States Code.

3. This affidavit is submitted in support of a criminal complaint charging that, on or about May 19, 2025 through May 20, 2025, in the Eastern District of North Carolina, Troy SWINSON violated 18 U.S.C. § 2252(a)(2) and 2252(a)(4)(B), receipt and possession of child pornography; and starting on a date unknown and ending on May 20, 2025, in the Eastern District of North Carolina, Troy SWINSON violated 18 U.S.C. § 2422 (b), by using the means of the internet to entice a minor to engage in sexual activity.

4. The statements contained in this affidavit are based upon my personal knowledge; information provided by other individuals, including other law enforcement officials; and my review of records obtained during the course of this investigation. I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause.

## PROBABLE CAUSE

5. On May 20, 2025, Jacksonville Police Department was contacted due a missing 14-year-old minor, henceforth Minor Victim (MV). The MV's mother called Jacksonville Police Department at 0209 am, after being alerted by the MV's service dog that the MV was missing. It was determined that the MV went missing from her residence on May 20, 2025, at approximately 0200 hours.

2

CLW

Case 7:25-cr-00065-M-RN    Document 1    Filed 05/27/25    Page 3 of 13

6. The area near the MV's residence was canvased, and the MV's cell phone was located outside of her family's apartment, in the grass, face down.

7. Jacksonville Police Department, with the consent of the MV's mother, conducted an exigent forensic download of the MV's phone to access information pertaining to her whereabouts.

8. The MV's phone showed the MV was communicating with an unknown male with the username "DeLaRose," via SnapChat.

9. In their messages the MV informed "DeLaRose," she was 17 years old, though her true age was 14. "DeLaRose" commented on not wanting to "catch a charge," because of the MV's age. Additionally, they discussed how controlling her mother had been and DeLaRose indicated he knew the MV was in school because he told her to notify a school counselor that her mother was overbearing.

*DeLaRose: wtf she's fucked up you haven't told anyone at your school about it?*

*MV: No*

*DeLaRose: Id tell a counselor or something cause she can't keep getting away with that plus it sounds like she's suffocating you always watching*

*MV: Well she's watching me cause the whole kms thing was three weeks ago and she's making sure I don't try again*

*MV: And I'm not in school rn*

*DeLaRose: Are you going to be heading back to school at some point?*

*MV: Trying not to*

10. The MV and "DeLaRose" met up near the MV's neighborhood on May 19, 2025. They had physical contact via kissing. When their conversations over SnapChat resumed, their conversations became sexually explicit, and "DeLaRose" expressed his intent to engage in sexual relations with the MV.

*DeLaRose: If that guy didn't come out I woulda stayed kissing on them lips*

*MV: Frrr*

*MV: Wish we couldn't kept going*

*DeLaRose: Nah fr if we kept going there'd be trouble*

*MV: I know lol*

*MV: I'm saying if he didn't come out*

*DeLaRose: Nah ik im saying if we kept going it wouldn't have stopped*

*MV: Ohhh lol*

*DeLaRose: Lmaoo yeaaa*

*MV: Well tbh that was hot af and got me turned on now*

*DeLaRose: Shit if you think that was hot you don't want to even know what I'd do to you*

*MV: I knowww*

*DeLaRose: Risk it and come over tonight*

*MV: Ugh I can't*

*DeLaRose: You're so close that you can just say you went on a walk or something*

*DeLaRose: If you even get caught*

*MV: She'll get mad af*

4

*DeLaRose: Yea if she finds out but she won't be that mad cause if you tell her you fr just went for a walk to clear your mind she'll get over it*

...

*DeLaRose: Imma have you sitting on top of me while we make out so I can grab that sexy ass of yours*

*MV: Okk, just guide me cause I haven't done much like this*

*DeLaRose: No worries babygirl I got you*

*MV: Yay okayyy*

*DeLaRose: You'll be wet af by the time I'm done*

*MV: Definitely*

*DeLaRose: Imma make you my girl after tonight*

...

*DeLaRose; Fuck I can't wait to see you*

*MV: Yea me either I'm super excited*

*DeLaRose: Me too I can't wait for you to me on top of me*

*MV: Yeah same*

*MV: You're gonna make me soaked omg*

*DeLaRose: Don't worry lol I'll take care of that too*

*MV: Yea?*

*DeLaRose: Oh yea baby*

*DeLaRose: You'll see*

*MV: Tell me*

DeLaRose: Can't ruin the surprise lol

MV: Whyyyy

DeLaRose: But if you really want to know it involves my tongue going between your legs

MV: Mmm fuck yesss

DeLaRose: I can't wait to taste you

MV: Me eitherrrrr

MV: Fuck it's gonna be sooo goodddd

DeLaRose: Imma have you begging for more

MV: Mhmm

DeLaRose: I can't wait to play with your ass and suck on your tits

MV: Mmm me either baby

DeLaRose: Whatever you want me to do to you I will

MV: Fuck I love you

DeLaRose: I better hear you say that when I'm inside you

MV: You got a rubber?

DeLaRose: I do

...

MV: You can cum on my tits tho

DeLaRose: Fuck I already know imma be in love

MV: I'm glad baby

MV: Just so you know you'll be my first

6

Case 7:25-cr-00065-M-RN    Document 1    Filed 05/27/25    Page 7 of 13

*DeLaRose: Think you can take it? I've got a thick cock*

*MV: Hopefully idk*

*DeLaRose: I'll go slow baby*

*MV: Okay*

11. "DeLaRose" received child sexual abuse material picturing the MV while they spoke over SnapChat. One was an image of the MV with a sexual device inserted into her vagina. The second was a four-second-long video of the minor victim inserting the sexual device into her vagina.

12. "DeLaRose" expressed being sexually aroused by the sexual content and he sent her an image of his erect penis.

*DeLaRose: Oh baby my cock is going to make you cum like crazy then*

*MV: Definitely*

*MV: That's if I can that much lol*

*MV: Considering I've came five times today*

*DeLaRose: Trust me if you aren't cumming then you'll be squirting*

*MV: Definitely*

*MV: Holy fuckkk*

*DeLaRose: Your pussy looks so fucking amazing*

*MV: Yep and those are from today*

13. "DeLaRose" mentioned producing child sexual abuse material with the MV.

*DeLaRose: We might have to make our own*

7

*MV: Definitelyyyy*

*MV: That'd be so hot*

*DeLaRose: It really would I can't wait to be inside you*

14. "DeLaRose" informed the MV he intended to go to her residence to pick her up, without her parent's consent, for a sexual encounter. However, the MV had previously made "DeLaRose," aware she was not permitted to leave her residence without her mother's consent, and she stated her mother tracked her phone.

*DeLaRose: You can't come over rn?*

*DeLaRose: I'm live right near the park lol I'm pretty close to*

*MV: Nah I'd have to sneak out and that's risky cause my phone is tracked*

*DeLaRose: Then don't bring ya phone I'll just get you an uber*

*MV: lol can't cause they'll find out*

*DeLaRose: Lmao how if you don't bring your phone they can't track*

*MV: Cause they'll come in my room and see that I'm gone*

*DeLaRose: Then come late*

*DeLaRose: I'll still get you an uber*

*MV: Idk it's super risky and my mom will kill me*

*DeLaRose: Yea but if she can't track you, and you get back she'll never know if it's late plus you can just tell her you went for a walk or something lol if she does*

15. "DeLaRose" and the MV waited for the MV's sister to fall asleep before MV snuck out to meet him.

*DeLaRose: No frrr I need to be over there asap*

8

*MV: I knowww*

*DeLaRose: She finna fall asleep at school if she's up any longer*

*MV: Fr lol*

*DeLaRose: I'm trying to watch my pretty girl take this dick*

*MV: Mmm fuckkk, yess*

*DeLaRose: I'm fr trying to have that pussy dripping cum down my cock*

*MV: Same baby*

*DeLaRose: Fuck I'm horny*

*MV: Me too baby*

*DeLaRose: You just need to get out that house so I can have you 24/7*

16. "DeLaRose" told the MV not to bring her phone with her when they met so she could not be tracked. He also informed the MV he was not going to bring his phone with him when he came to pick her up.

*MV: You can probably head over I think she's asleep*

*DeLaRose: Okay gimme just a few minutes and I'll be there same thing I'll leave my phone*

17. After reviewing the chats, JPD submitted an exigent request to SnapChat for subscriber information related to user "DeLaRose." The SnapChat return showed the account was associated with the email royakari22@gmail.com.

18. JPD ran the name "roya kari" through a law enforcement database that returned a police report from 2020 in Virginia. The Goochland County Sheriff's Office (GCSO) in Virginia received an Internet Crimes Against Children (ICAC) tip

9

regarding a Dropbox account that contained approximately 70 images of child pornography. The email associated with the account was troyswinson4@gmail.com, and the username was "Roya Kari."

19. The GCSO obtained a search warrant for the Dropbox account. The return was 20.7 gigabytes of data, made up of 15,858 individual files. The GCSO examined approximately 4,138 files closely. Of the 4,138 files they reviewed closes, 885 files were apparent child pornography. The files were both photos and videos, and appeared to have been uploaded to Dropbox between April 2019 to November 2019.

20. The owner of the Dropbox account was determined to be Troy SWINSON (SUBJECT), born November 8, 1999, an active-duty United States Marine who was assigned to a military station in Twenty-Nine Palms, California, in 2020.

21. As of May 20, 2025, the SUBJECT was 25-year-old, and stationed to Camp Lejeune, North Carolina. He resided off base at 200 Charleston Lane, Apartment 215, Jacksonville, North Carolina 28546.

22. During the evening of May 20, 2025, JPD conducted surveillance at the SUBJECT's residence. The surveillance team observed the SUBJECT and MV exiting the subject's residence.

23. The MV was recovered, and the SUBJECT was arrested on state charges in Onslow County for soliciting a child by computer, indecent liberties with a child, second degree kidnapping, and contributing to the delinquency of a minor.

24. After the SUBJECT's arrest, JPD executed search warrants on the SUBJECT's residence and vehicle. They seized various items including electronic devices.

25. The following day, May 21, 2025, the SUBJECT posted bond and was released from Onslow County Jail. He immediately went to the JPD and requested his cell phone be returned. However, he was informed the device had been seized.

26. Naval Criminal Investigative Services was notified of the SUBJECT's arrest and then when he bonded out of Onslow County Jail. NCIS contacted the SUBJECT's Command who had him report to base on May 21, 2025, where he remained under Command supervision in the base's barracks until May 23, 2025, when he was ordered to the brig by his commanding officer.

27. While under his Command's supervision, he was found to be in possession of another phone.

28. May 21, 2025, "One Place," a child advocacy center in Jacksonville, North Carolina, attempted to interview the MV. She was reluctant to participate in the interview, but during her medical evaluation, she reported having one sexual partner in her lifetime, the SUBJECT.

29. Another email account associated with the subject, troyswinson2@gmail.com, was linked to a 2016 ICAC tip in Virginia, related to the possession of child sexual abuse material on a social media account, "MeetMe."

30. The SUBJECT never received any charges related to the 2019 and 2016 ICAC tips.

## CONCLUSION

31. Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to believe that, on or about May 20, 2025, in the Eastern District of North Carolina, Troy SWINSON violated 18 U.S.C. § 2252(a)(2) and 2252(a)(4)(B) receipt and possession of child pornography. Additionally, through the means of the internet, SWINSON violated 18 U.S.C. § 2422 (b), by enticing a minor to engage in sexual activity.

Respectfully submitted,

*Kelly Kucala*
Kelly Kucala, Special Agent
Federal Bureau of Investigation

On this __27__ day of May 2025, Kelly Kucala appeared before me via reliable means, was placed under oath, and attested to the contents of this Affidavit.

ROBERT B. JONES, JR.
United States Magistrate Judge

12